UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80017-T/P-RYSKAMP

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

OMAR ETAYEM,

       Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, OMAR ETAYEM, appeared before the Court on November 3, 2008, represented by the Federal Public Defender's Office. The Defendant is charged with: (1) engaging in criminal conduct by possessing with intent to distribute between 4 and 12 kilograms of cocaine between June 5 and 6, 2008, in El Paso, Texas; (2) leaving the district between June 5 and 6, 2008, without permission; (3) failing to perform court ordered community service in February, April, and May, 2008; (4) failing to notify Probation of his June 6, 2008, arrest; (5) failing to refrain from excessive use of alcohol on June 13, 2008, by registering .03% on a breathalyzer test; and (6) using amphetemines on or about June 13, 2008.

At the hearing the Government indicated that it did not wish to present evidence due to the pending indictment on the corresponding charge in Texas. The Government also represented that it did not wish to postpone the hearing on the violation since the charge in Texas was not likely to to be resolved quickly. The Government and the Defendant agreed that the Defendant admitted to charges (2) through (6), with the only explanation for charge (2) that the Defendant

was not admitting the reason for his departure from the district between June 5, and 6, 2008.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release for violations (2) through (6), and would like to proceed to sentencing.  The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a preliminary and final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty of violating his supervised release.  The Court also recommends that this matter be set down for sentencing before the District Court.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Kenneth L. Ryskamp.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Kenneth L. Ryskamp, within ten (10) days of being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual

findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 7 day of November, 2008.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court