UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80017- T/P-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Omar Etayem

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release on December 2, 2008. The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **(12) twelve months**.

**DONE and ORDERED** in West Palm Beach, this ___2___ day of December, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       U.S. Probation
       U.S. Marshal